# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re: BRIAN J. FINN  
6009 TORCHLITE TRAIL  
LOVES PARK, IL  61111

SSN-xxx-xx-8617

Case Number: 05-72575

Case filed on: 5/19/2005  
Plan Confirmed on: 7/22/2005

D Dismissed

Total funds received and disbursed pursuant to the plan: $17,602.01     Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---:|---:|---:|---:|
| 772 | CLERK OF U.S. BANKRUPTCY COURT | 164.00 | 164.00 | 164.00 | 0.00 |
|  | Total Administration | 164.00 | 164.00 | 164.00 | 0.00 |
| 000 | BALSLEY & DAHLBERG LLP | 2,700.00 | 2,700.00 | 2,700.00 | 0.00 |
|  | Total Legal | 2,700.00 | 2,700.00 | 2,700.00 | 0.00 |
| 039 | CODILIS & ASSOCIATES P C | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 042 | BRIAN J. FINN | 0.00 | 0.00 | 1,557.70 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 1,557.70 | 0.00 |
| 001 | BANK OF AMERICA NA | 17,188.28 | 17,188.28 | 9,925.74 | 0.00 |
| 002 | M&I MARSHALL & ILSLEY BANK | 4,121.70 | 4,000.00 | 2,309.88 | 0.00 |
|  | Total Secured | 21,309.98 | 21,188.28 | 12,235.62 | 0.00 |
| 003 | THE BANK OF NEW YORK | 0.00 | 0.00 | 0.00 | 0.00 |
| 004 | U.S. BANK NATIONAL ASSOC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 005 | ACCOUNT SOLUTIONS GROUP | 0.00 | 0.00 | 0.00 | 0.00 |
| 006 | WORLD FINANCIAL NETWORK NATIONAL BANK | 2,082.37 | 2,082.37 | 0.00 | 0.00 |
| 007 | BANK OF NEW YORK | 0.00 | 0.00 | 0.00 | 0.00 |
| 008 | BENEFICIAL | 3,355.99 | 3,355.99 | 0.00 | 0.00 |
| 009 | CITIBANK CUSTOMER SERVICE | 0.00 | 0.00 | 0.00 | 0.00 |
| 010 | CITIBANK SO. DAKOTA | 0.00 | 0.00 | 0.00 | 0.00 |
| 011 | COMED CO | 0.00 | 0.00 | 0.00 | 0.00 |
| 012 | CREDITORS INTERCHANGE | 0.00 | 0.00 | 0.00 | 0.00 |
| 013 | CREDITORS PROTECTION SERVICE, INC | 0.00 | 0.00 | 0.00 | 0.00 |
| 014 | GENERAL ELECTRIC CAPITAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 015 | GREEN TREE FINANCIAL CORPORATION | 0.00 | 0.00 | 0.00 | 0.00 |
| 016 | ATTORNEY ARTHUR ADLER | 0.00 | 0.00 | 0.00 | 0.00 |
| 017 | MERCANTILE ADJUSTMENT BUREAU | 0.00 | 0.00 | 0.00 | 0.00 |
| 018 | NICOR GAS | 8,742.59 | 8,742.59 | 0.00 | 0.00 |
| 019 | PEARSON PLUMBIG & HEATING | 0.00 | 0.00 | 0.00 | 0.00 |
| 020 | RMA | 0.00 | 0.00 | 0.00 | 0.00 |
| 021 | ROCK RIVER WATER RECLAMATION | 5,729.78 | 5,729.78 | 0.00 | 0.00 |
| 022 | ROCK VALLEY FEDERAL CREDIT UNION | 6,698.13 | 6,698.13 | 0.00 | 0.00 |
| 023 | ROCKFORD WATER DEPARTMENT | 0.00 | 0.00 | 0.00 | 0.00 |
| 024 | ROTO ROOTER | 0.00 | 0.00 | 0.00 | 0.00 |
| 025 | SCHIRGER, MONTELEONE & HAMPILOS | 0.00 | 0.00 | 0.00 | 0.00 |
| 026 | BANK OF NEW YORK | 0.00 | 0.00 | 0.00 | 0.00 |
| 027 | UNITED CREDIT SERVICE INC | 852.68 | 852.68 | 0.00 | 0.00 |
| 028 | ACADEMY COLLECTION SERVICE | 0.00 | 0.00 | 0.00 | 0.00 |
| 029 | ECAST SETTLEMENT CORPORATION | 5,469.65 | 5,469.65 | 0.00 | 0.00 |
| 030 | CAPITAL MANAGEMENT SERVICES, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 031 | CONDITIONED WATER | 0.00 | 0.00 | 0.00 | 0.00 |
| 032 | ECAST SETTLEMENT CORPORATION | 2,788.60 | 2,788.60 | 0.00 | 0.00 |
| 033 | B-LINE LLC | 20,612.80 | 20,612.80 | 0.00 | 0.00 |
| 034 | MCI | 0.00 | 0.00 | 0.00 | 0.00 |
| 035 | B-LINE LLC | 2,769.10 | 2,769.10 | 0.00 | 0.00 |
| 036 | THE HOME DEPOT | 0.00 | 0.00 | 0.00 | 0.00 |
| 037 | UNIFUND CCR PARTNERS | 20,981.81 | 20,981.81 | 0.00 | 0.00 |
| 038 | WINNEBAGO COUNTY TREASURER | 0.00 | 0.00 | 0.00 | 0.00 |
| 040 | JOHN T. HILL | 0.00 | 0.00 | 0.00 | 0.00 |
| 041 | B-LINE LLC | 5,352.76 | 5,352.76 | 0.00 | 0.00 |
|  | Total Unsecured | 85,436.26 | 85,436.26 | 0.00 | 0.00 |
|  | Grand Total: | 109,610.24 | 109,488.54 | 16,657.32 | 0.00 |

**United States Bankruptcy Court**
of the
**Northern District Of Illinois**
**Western Division**

| | |
|---|---|
| Total Paid Claimant: | $16,657.32 |
| Trustee Allowance: | $944.69 |
| Percent Paid Unsecured: | 0.00 |

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just. Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

                                                  /s/ Lydia S. Meyer
                                                  Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on <u>11/01/2007</u>           By  /s/Heather M. Fagan